IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR165 |
| | ) | |
| v. | ) | |
| | ) | |
| BIANCO WHITE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's unopposed oral motion for a short extension of time in which to self-surrender to the Bureau of Prisons. After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant is granted an extension of time until **on or before April 1, 2011, at 2:00 p.m. (CDT),** in which to self-surrender to the **U.S. Marshal's Office at the Roman L. Hruska U.S. Courthouse,** 111 South 18th Plaza, Omaha, Nebraska.

DATED this 30th day of March, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge